**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOYCE WILLARD,** | : | **CIVIL ACTION NO. 3:25-CV-996** |
| | : | |
| **Plaintiff,** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **FRANK BISIGNANO,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant.** | : | |

**MEMORANDUM**

This matter comes before the court upon the Report and Recommendation ("R&R") (Doc. 16) of Magistrate Judge Martin Carlson, wherein Judge Carlson recommends the court remand this matter for further consideration by an Administrative Law Judge ("ALJ").

The court notes that no objections have been filed to date. See FED. R. CIV. P. 72(b)(2). Our court of appeals has made clear that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level." Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)). However, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the R&R, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes.

After reasoned consideration of Judge Carlson's R&R, the court finds it to be sound and adopts it in its entirety. A dismissal at Step 2 of the sequential evaluation process is only appropriate for clearly meritless claims, and while there are some gaps and ambiguities in the evidentiary record in this matter, the substantial number of impairments found by the ALJ suggests further analysis was necessary to determine Willard was not disabled. Therefore, the matter shall be remanded.

An appropriate order follows.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania